Argued September 11, 1969, appeal dismissed February 18, 1970

CHETNEY, *Respondent, v.* WESTERN
FOUNDRY COMPANY, *Appellant.*

464 P. 2d 833

*Scott M. Kelley,* Portland, argued the cause for appellant. With him on the briefs were Mize, Kriesien, Fewless & Cheney, Portland.

*John J. Haugh,* Portland, argued the cause for respondent. With him on the brief were Pozzi, Wilson & Atchison, Portland.

Before PERRY, Chief Justice, and McALLISTER,

SLOAN, O'CONNELL, GOODWIN,[*] DENECKE and HOLMAN, Justices.

## PER CURIAM.

This is a proceeding against a direct responsibility employer under the Oregon Workmen's Compensation Act for compensation for an alleged occupational disease. The appeal to the circuit court was pursuant to ORS 656.810(4) and the issue was whether there was a timely request for a hearing by claimant pursuant to ORS 656.262(6). This, in turn, put in question whether a denial of the claim had been made as required by ORS 656.262(5). The circuit court ruled the request for a hearing was timely.

It is unnecessary for this court to decide the issue presented. The matter proceeded within the administrative agency on its merits during the pendency of this appeal. Subsequent to the appeal to this court, a hearing officer of the Workmen's Compensation Board, after a hearing, directed acceptance by the defendant of the claim and the payment of benefits. This order was appealed by the defendant-employer to the medical board of review, which reversed the hearing officer and found that the claimant was not suffering from an occupational disease or infection. The findings of the medical board of review on the merits are final and binding in accordance with ORS 656.814. Therefore, the issue before this court is moot.

The appeal is dismissed.

---

[*] Goodwin, J., resigned December 19, 1969.